# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>vs.<br><br>**CAMERON LAMAR MCVAY,**<br><br>*Defendant.* | **DOCKET NO. 3:25-CR-233-MOC**<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL DATE & PRETRIAL MOTIONS DEADLINE** |

Cameron Lamar McVay, by and through his counsel of record, Assistant Federal Defender John Parke Davis, respectfully requests that this Court continue the trial date presently scheduled for November 3, 2025, along with the associated pretrial motions deadline. As grounds therefore, it is averred:

1. On September 10, 2025, Mr. McVay was arraigned on a three-count Bill of Indictment, charging him with two counts of distributing fentanyl pursuant to 21 U.S.C. § 841(b)(1)(C) (Counts One and Two) and one count of distributing methamphetamine, pursuant to 21 U.S.C. § 841(b)(1)(A). He had previously been appointed counsel and was ordered detained pending trial.

2. Just over thirty days have passed since Mr. McVay's arraignment, and less than 60 days will have passed by the time of the currently scheduled trial date.

3. As of the date of this filing, the defense has received only partial discovery in this matter, with the remainder—anticipated to constitute the bulk of police and lab reports on the case—anticipated to arrive shortly. Counsel needs additional time to review this discovery with Mr. McVay and to investigate Mr. McVay's case in order to effectively negotiate with the

government and prepare it for trial.

4. This is Mr. McVay's first motion for a continuance of this matter.

5. For the same reasons stated above, Mr. McVay needs additional time to research related legal and factual issues that may arise from reviewing discovery, interviewing Mr. McVay, and investigating the case.

6. The government does not oppose the granting of this motion.

**WHEREFORE,** Mr. McVay respectfully requests a continuance of his trial date and a corresponding extension of the pretrial motions deadline.

Respectfully submitted:

s/ John Parke Davis
John Parke Davis
N.C. Bar No. 34427
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
(704) 374-0722 Fax
jp_davis@fd.org
*Attorney for Cameron Lamar McVay*

DATE: October 15, 2025